THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* MILAN YUROSOVICH, Defendant-Appellee.

(No. 60682;

First District (3rd Division)—July 3, 1975.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Scott W. Petersen, Assistant State's Attorneys, of counsel), for the People.

Andrew M. Raucci, of Chicago, and Fred P. Aprati, Jr., of Chicago Heights, for appellee.